IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS HOLMES, | : | No. 4:13-CV-1624 |
| Petitioner, | : | |
| v. | : | (Judge Brann) |
| WARDEN J.E. THOMAS, | : | (Magistrate Judge Mehalchick) |
| Respondent. | : | |

**O R D E R**

February 21, 2014

The undersigned has given full and independent consideration to the December 19, 2013 report and recommendation of Magistrate Judge Karoline Mehalchick. ECF No. 10.  No objections have been filed.

Because this Court agrees with Magistrate Judge Mehalchick's recommendation that the action be transferred to the Southern District of New York, the Court will not rehash the sound reasoning of the Magistrate Judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. United States Magistrate Judge Karoline Mehalchick's December 19, 2013 Report and Recommendation is ADOPTED in full.  ECF No. 10.

2. The clerk is directed to transfer 4:13-CV-1624 to the Southern District of New York.

3. The clerk is directed to close the file.

BY THE COURT:

　　s/ Matthew W. Brann
Matthew W. Brann
United States District Judge